UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the **March 19, 2005**
**MORALES/PACQUAIO** Program,


Courtesy COPY

                Plaintiff,

                **DEFAULT JUDGMENT**
-against-           Civil Action No. CV-05-5807-ERK-MDG
                Hon. Edward R. Korman

OSCAR A. LINARES, Individually, and d/b/a LOS
LOBOS BILLAR a/k/a LOS LOBOS BILLIARDS,
and LOS LOBOS BILLAR a/k/a LOS LOBOS
BILLIARDS,
          Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 26 2006 ★
BROOKLYN OFFICE

------------------------------------------------------------

The Summons and Complaint in this action having been duly served upon the

Defendants, **OSCAR A. LINARES, Individually, and d/b/a LOS LOBOS BILLAR a/k/a**

**LOS LOBOS BILLIARDS, and LOS LOBOS BILLAR a/k/a LOS LOBOS BILLIARDS,**

on January 3, 2006, and said Defendants having failed to plead or otherwise appear in this

action,

    **NOW,** on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that Defendant, any of their

servants, employees, agents, persons acting in concert with them or acting on their behalf are

hereby permanently enjoined and restrained from engaging in the unauthorized reception and

interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding

and abetting any such acts, and are hereby permanently enjoined and restrained from connecting

to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without

Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

**ORDERED AND ADJUDGED** that J& J Sports Productions, Inc., the Plaintiff, does recover jointly and severally of, **OSCAR A. LINARES, Individually, and d/b/a LOS LOBOS BILLAR a/k/a LOS LOBOS BILLIARDS**

1) under 605(e)(3)(C)(i)(II) in the sum to be determined by the Magistrate Judge at Inquest.

2) and under 605(e)(3)(C)(ii) a sum to be determined by the Magistrate Judge at Inquest.

3) and under 605(e)(3)(B)(iii) costs and Attorney fees to be determined by the Magistrate Judge at Inquest.

and it is further

**ORDERED AND ADJUDGED** that J& J Sports Productions, Inc., the Plaintiff, does recover jointly and severally of **LOS LOBOS BILLAR a/k/a LOS LOBOS BILLIARDS,**

1) under 605(e)(3)(C)(i)(II) in the sum to be determined by the Magistrate Judge at Inquest.

2) and under 605(e)(3)(C)(ii) a sum to be determined by the Magistrate Judge at Inquest.

3) and under 605(e)(3)(B)(iii) costs and Attorney fees to be determined by the Magistrate Judge at Inquest.

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 4/14 , 2006

s/Edward R. Korman
**HONORABLE EDWARD R. KORMAN**
United States District Judge